Eric Brooks
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C.
145 Commons Loop, Suite 200
PO Box 7370
Kalispell, MT 59904-7370
406-751-6000
ebrooks@mcgalaw.com

Mark E. Schmidtke
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
53 S. Washington Street, Suite 302
Valparaiso, IN 46383
219-242-8668
mark.schmidtke@ogletree.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA – GREAT FALLS DIVISION

| DIANNE ELLIOTT, individually, Plaintiff, vs. SUN LIFE ASSURANCE COMPANY OF CANADA Defendant. | Cause No. 4:23-cv-19-BMM NOTICE OF SETTLEMENT |
|---|---|

    Pursuant to L.R. 16.5(b)(5), notice is hereby provided to the Court that this case has settled. The parties are working to execute obligations consistent with the settlement agreement. It is anticipated that after execution of those obligations,

dismissal of this case with prejudice will be requested.

DATED this 19th day of January, 2024

          MOORE, COCKRELL,
          GOICOECHEA & JOHNSON, P.C.

          /s/ Eric Brooks
          Eric Brooks
          PO Box 7370
          Kalispell, MT 59904-7370
          ebrooks@mcgalaw.com
          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on January 19, 2024, and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Elizabeth Woods
woodslaw@itstriangle.com

Kara W. Edmunds
kara@kewlaw.com

          *s/ Eric M. Brooks*
          Eric M. Brooks