IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DIANNE ELLIOTT, individually, <br><br> Plaintiff, <br><br> vs. <br><br> SUN LIFE ASSURANCE COMPANY OF CANADA <br><br> Defendant. | Cause No. 4:23-cv-19-BMM <br><br><br> **ORDER OF DISMISSAL** |

Pursuant to the Stipulation between the parties, through their respective counsel of record, **IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, as fully and finally compromised and settled on the merits, with each party to pay their own costs and attorneys' fees.

DATED this 21st day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court